

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable J. D. Dooney
County Auditor
Bowie County
Boston, Texas

Dear Sir:

Opinion No. O-4337
Re: Under the facts submitted, is
the tax assessor-collector
legally authorized to accept
money for poll tax receipts?

We have received and considered your request for an opinion from this department. We copy from your request:

"We have two big defense plants here now in Bowie County, and men from all over the country are working at said plants.

"Some of these men are asking the Collector for poll tax receipts. Please advise us the status of these non-residents that have been here six or eight months, whether or not it would be legal to accept the money for poll tax receipts issued from this County."

According to our information, Bowie County has a population of 50,208 inhabitants according to the last Federal Census of 1940. According to the same census the City of Texarkana has 17,019 inhabitants.

We have recently written an opinion concerning almost the same proposition submitted in your inquiry. The opinion is No. O-4348, a copy of which is being enclosed for your consideration and assistance.

In answer to your specific question, you are advised that under the facts submitted by you and under the holding in our Opinion No. O-4348, supra, that the persons inquired about in your inquiry would not be subject to pay a poll tax for the year 1941 and therefore the assessor and collector would have no

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

legal authority to accept money for the issuance of poll tax receipts to such persons.

We trust that in this manner we have fully answered your inquiry.

APPROVED JAN 35

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *Harold McCracken*

Harold McCracken
Assistant

HM:ej
Encl.

